

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JORGE A. LEGARRETA, | § | No. 08-19-00301-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| CLAUDIA ALVIDREZ AND | § | of El Paso County, Texas |
| THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS, | § | (TC# 2012DCM10214) |
| Appellees. | § | |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **May 21, 2020.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Veronica Teresa Lerma, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before May 21, 2020.

IT IS SO ORDERED this 22nd day of April, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.